UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CARPENTERS OF WESTERN WASHINGTON BOARD OF TRUSTEES, et al., <br><br> Defendants. | NO. 2:22-cv-01079-JCC <br><br> **STIPULATED MOTION TO EXTEND TIME ON DEADLINE FOR BOARD DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND TO EXTEND CONSIDERATION DATE AND [PROPOSED] ORDER** <br><br> **NOTED FOR MOTION ON:** <br> **MARCH 2, 2023** |

STIPULATED MOTION
TO EXTEND TIME - 1
NO. 2:22-cv-01079-JCC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Tim O'Neill, Jim Osborne, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse (collectively, the "Board Defendants"), and Plaintiffs Terrance Johnson, Brent Yahraus, and Jacy Purkiss, by and through their undersigned counsel, stipulate to extend the due date for the Board Defendants' Reply in support of their Motion to Dismiss from March 7, 2023 to March 21, 2023, and to extend the date of the Court's consideration of said Motion from March 10, 2023 to March 24, 2023.

WHEREAS, on December 1, 2022, this Court entered its Minute Order setting the briefing schedules for Defendants' Motions to Dismiss.  *See* Dkt. No. 110 ("Defendants' Replies in Support of Their Motions to Dismiss (if any) are due March 7, 2023.").

WHEREAS, Counsel for Board Defendants are experiencing a "true, unforeseen emergency" regarding health and safety issues relating to COVID-19.

WHEREAS, on February 28, 2023, counsel for Board Defendants and Plaintiffs conferred and agreed to extend the deadline on Board Defendants' Reply and the Court's consideration of said Motion in light of Board Defendants' counsels' health and safety issues relating to COVID-19.  *See* LCR 7(j).

WHEREAS, this requested extension of time will not affect any other deadlines in this case.

NOW THEREFORE, the Parties respectfully request that the Court extend the due date for the Board Defendants' Reply in support of their Motion to Dismiss from March 7, 2023 to March 21, 2023, and to extend the date of the Court's consideration of said Motion from March 10, 2023 to March 24, 2023.

STIPULATED MOTION
TO EXTEND TIME - 2
NO. 2:22-cv-01079-JCC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 2nd day of
2  March, 2023.
3
   ENGSTROM LEE MCDONOUGH
4  THOMPSON & THOMSON LLC
5
   By: /s/ Mark E. Thomson
6  Mark E. Thomson
   729 N. Washington Ave., Suite 600
7  Minneapolis, MN 55401
   Ph: 612-305-8349
8  E-mail: mthomson@engstromlee.com
9
   *Counsel for Plaintiffs Terrance Johnson, Brent*
10 *Yahraus, and Jacy Purkiss, individually and as*
   *the representatives of a class of similarly*
11 *situated persons, and on behalf of the*
   *Carpenters of Western Washington Individual*
12 *Account Pension Plan and the Carpenters*
   *Retirement Plan of Western Washington*
13
14 GORDON REES SCULLY
   MANSUKHANI, LLP
15
16 By: /s/ Sarah N. Turner
   Sarah N. Turner WSBA#: 37748
17 Michael C. Tracy, WSBA #51226
   701 Fifth Avenue, Suite 2100
18 Seattle, WA 98104
   Phone: (206) 695-5115
19 Email: sturner@grsm.com
   Email: mtracy@grsm.com
20
21 AND
22 GROOM LAW GROUP, CHARTERED
23 By: /s/ William J. Delany
   William J. Delany, *pro hac vice forthcoming*
24 David N. Levine, *pro hac vice forthcoming*
   Shaun A. Gates, *pro hac vice forthcoming*
25 1701 Pennsylvania Ave. NW
26

STIPULATED MOTION
TO EXTEND TIME - 3
NO. 2:22-cv-01079-JCC

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

```
1  Washington, DC 20006
   Tel: (202) 857-0620
2  Fax: (202) 659-4503
   Email: wdelany@groom.com
3  Email: dlevine@groom.com
   Email: sgates@groom.com
4
```

5  *Counsel for Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Tim O'Neill, Jimmy Osborne, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse*

## [~~PROPOSED~~] ORDER

Based on the foregoing stipulated motion of the parties, therefore, IT IS HEREBY ORDERED THAT the due date for the Board Defendants' Reply in support of their Motion to Dismiss is extended from March 7, 2023 to March 21, 2023, and the date of the Court's consideration of said Motion is extended from March 10, 2023 to March 24, 2023.

IT IS SO ORDERED.

DATED this 3rd day of March 2023.

*/s/ John C. Coughenour*

The Honorable John C. Coughenour
United States Senior District Judge

STIPULATED MOTION
TO EXTEND TIME - 4
NO. 2:22-cv-01079-JCC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822