# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TERRANCE JOHNSON, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>CARPENTERS OF WESTERN WASHINGTON BOARD OF TRUSTEES, *et al.*,<br><br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-1079-JCC |

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_ X _   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has so ORDERED:

Defendants' motions to dismiss is GRANTED. (Dkt. Nos. 113, 116.) Plaintiffs' complaint is DISMISSED without leave to amend.

DATED this 10th of May 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/Samantha Spraker
Deputy Clerk