UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOHNSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARPENTERS OF WESTERN WASHINGTON BOARD OF TRUSTEES et al., <br><br> Defendants. | CASE NO. 2:22-cv-01079-JHC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Parties are ORDERED to file a joint status report advising the court on the status of the case after remand from the Ninth Circuit. The Parties shall file the report on or before Friday, December 6, 2024.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 15th day of November 2024.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1