UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOHNSON et al., | CASE NO. 2:22-cv-01079-JHC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARPENTERS OF WESTERN WASHINGTON BOARD OF TRUSTEES et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) In class actions generally, it is this Court's practice to initially set two deadlines:

- Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery); and

- Deadline for Plaintiffs to file motion for class certification (noted and scheduled in accordance with LCR 7(d)(4) unless the parties agree to different times for filing the response and reply memoranda).

After ruling on the motion for class certification, the Court sets further case schedule deadlines under Federal Rule of Civil Procedure 16(b).

MINUTE ORDER - 1

(2)     The Court appreciates that the parties prepared and submitted a Joint Status Report and Discovery Plan, Dkt. # 143, and thanks the parties for the same.  But given the Court's practice outlined above, the Court DIRECTS the parties to submit by January 10, 2025, a Joint Status Report that proposes dates for the two deadlines listed above.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 19th day of December 2024.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2