UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOHNSON, et al., | CASE NO. C22-1079JHC |
| Plaintiffs, | SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |
| v. | |
| CARPENTERS OF WESTERN WASHINGTON BOARD OF TRUSTEES, et al., | |
| Defendants. | |

This matter comes before the Court in connection with the Minute Order at Dkt. # 144, and the parties' Joint Status Report at Dkt. # 145. The Court sets the following deadlines:

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | August 22, 2025 |

ORDER - 1

| | |
|---|---|
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | September 19, 2025 |

The Court will set further case schedule deadlines under Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s) shall inform the Court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the Court" by notifying Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed. R. Civ. P. 16(b)(3)(B)(v).

Dated this 10th day of January, 2025.

JOHN H. CHUN
United States District Judge

ORDER - 2