UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Terrance Johnson, Brent Yahraus, and Jacy Purkiss, individually and as the representatives of a class of similarly situated persons, and on behalf of the Carpenters of Western Washington Individual Account Pension Plan and the Carpenters Retirement Plan of Western Washington,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Carpenters of Western Washington Board of Trustees, Callan LLC, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jim Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse,<br><br>　　　　　　　　Defendants. | Case Number: 2:22-cv-01079-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING CASE DEADLINES |

STIPULATED MOTION AND ORDER REGARDING
CASE DEADLINES - 1
CASE NO. 2:22-CV-01079-JHC

Plaintiffs Terrance Johnson, Brent Yahraus, and Jacy Purkiss ("Plaintiffs") and Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jimmy Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, Wilf Wainhouse, and Callan LLC (collectively, the "Parties"), hereby stipulate as follows:

1. On December 6, 2024, the Parties submitted a joint status report proposing various case-related deadlines. Dkt. 143. The Parties specifically agreed on the deadlines for responsive pleading(s), Rule 26(a)(1) initial disclosures, and amending the complaint and/or adding parties. *Id.*

2. On December 19, 2024, the Court directed the Parties to propose deadlines corresponding to the completion of discovery on class certification and Plaintiffs' motion for class certification, Dkt. 144, which the Parties proposed in a joint status report on January 8, 2025. Dkt. 145.

3. On January 10, 2025, the Court entered its Scheduling Order, setting deadlines for the completion of discovery on class certification and Plaintiffs' motion for class certification. Dkt. 146.

4. The Parties seek the Court's guidance on preliminary deadlines that will necessarily precede and inform class certification discovery and briefing. Given the Parties' agreement on the preliminary deadlines identified below, and subject to the Court's approval, the Parties respectfully propose the Court enter an order establishing the following case deadlines in addition to those set forth in the Court's January 10, 2025 Scheduling Order:

| Event | Deadline |
| --- | --- |
| Deadline for Defendants to file responsive pleading(s) | February 14, 2025 |
| Exchange of Rule 26(a)(1) Initial Disclosures | February 28, 2025 |
| Deadline to amend complaint and/or add parties | May 16, 2025 |

1  IT IS SO STIPULATED.

2  Dated: January 21, 2025

3

4  **ENGSTROM LEE LLC**                                **DLA PIPER LLP (US)**

5  /s/ *Mark E. Thomson*                               *s/ Anthony Todaro*
   Mark E. Thomson, MN Bar No. 0398260*                Anthony Todaro, WSBA No. 30391
   Carl F. Engstrom, MN Bar No. 0396298*               701 Fifth Avenue, Suite 6900
6  323 N. Washington Ave., Suite 200                   Seattle, Washington 98104-7029
   Minneapolis, MN 55401
7  Telephone: (612)305-8349                            Tel: 206.839.4800
   mthomson@engstromlee.com                            anthony.todaro@us.dlapiper.com
8  cengstrom@engstromlee.com
   *Appearing pro hac vice                             John J. Hamill (admitted *pro hac vice*)
9                                                      444 West Lake Street, Suite 900
   Paul B. Derby, CA Bar No. 211352*                   Chicago, Illinois 60606-0089
10 Hajir Ardebili, CA Bar No. 224624*                  Tel: 312.368.4000
   John J. O'Kane IV, CA Bar No. 268632*               john.hamill@dlapiper.com
11 **SKIERMONT DERBY LLP**
   633 West Fifth Avenue, Suite 5800                   Amanda L. Morgan (admitted *pro hac
12 Los Angeles, CA 90071                               vice*)
   Telephone: 213-788-4500                             555 Mission Street, Suite 2400
13 pderby@skiermontderby.com                           San Francisco, California 90405-2933
   hardebili@skiermontderby.com                        Tel: 415.836.2500
14 jokane@skiermontderby.com                           amanda.morgan@dlapiper.com
   *Appearing pro hac vice
15                                                     Brian Benjet (admitted *pro hac vice*)
   Marie E. Casciari, WSBA No. 58223                   One Liberty Place
16 **DEBOFSKY LAW, LTD.**                              1650 Market Street, Suite 4900
   3101 Western Ave., Suite 350                        Philadelphia, Pennsylvania 19103
17 Seattle, WA 98121                                   Tel: 215.656.3311
   Telephone: (206) 333-2696                           E-mail: brian.benjet@dlapiper.com
18 mcasciari@debofsky.com

19 *Counsel for Plaintiffs*                            *Attorneys for Defendant Callan LLC*

20

21                                                     **GORDON REES SCULLY**
22                                                     **MANSUKHANI, LLP**
                                                       *s/ Sarah N. Turner*
23                                                     Sarah N. Turner WSBA#: 37748
                                                       Michael C. Tracy, WSBA #51226
24                                                     701 Fifth Avenue, Suite 2100
                                                       Seattle, WA 98104
25                                                     Tel: (206) 695-5115
                                                       sturner@grsm.com
26                                                     mtracy@grsm.com

STIPULATED MOTION AND ORDER REGARDING
CASE DEADLINES - 3
CASE NO. 2:22-CV-01079-JHC

AND

**GROOM LAW GROUP, CHARTERED**

<u>s/ William J. Delany</u>
William J. Delany, admitted *pro hac vice*
David N. Levine, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
wdelany@groom.com
dlevine@groom.com
sgates@groom.com

*Counsel for Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Tim O'Neill, Jimmy Osborne, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse*

STIPULATED MOTION AND ORDER REGARDING
CASE DEADLINES - 4
CASE NO. 2:22-CV-01079-JHC

**ORDER**

It is so ordered.

DATED this 22nd day of January, 2025.

*John H. Chun*
John H. Chun
United States District Judge