UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Terrance Johnson, Bret Yahraus, and Jacy Purkiss, individually and as the representatives of a class of similarly situated persons, and on behalf of the Carpenters of Western Washington Individual Account Pension Plan and the Carpenters Retirement Plan of Western Washington,<br><br>Plaintiffs,<br><br>v.<br><br>Carpenters of Western Washington Board of Trustees, Callan LLC, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jim Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse,<br><br>Defendants. | No. 2:22-cv-01079-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CASE SCHEDULE** |

STIPULATED MOTION AND ORDER TO EXTEND
CASE SCHEDULE
Case No. 2:22-cv-01079-JHC

1    Plaintiffs Terrance Johnson, Brent Yahraus, and Jacy Purkiss and Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jimmy Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, Wilf Wainhouse, and Callan LLC (collectively, the "Parties"), hereby stipulate as follows:

    1.    On January 10, 2025, the Court entered its Scheduling Order Regarding Class Certification Motion, Dkt. 146, setting forth the following deadlines:

| | |
|---|---|
| Deadline to complete discovery on class certification | August 22, 2025 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | September 19, 2025 |

    2.    On January 22, 2025, the Court issued an order setting additional case deadlines for Defendants' responsive pleadings (February 14, 2025), Rule 26(a)(1) initial disclosures (February 28, 2025), and amending the complaint and/or adding parties (May 16, 2025). Dkt. 148. The Parties have complied with these deadlines.

    3.    The Parties have scheduled mediation for September 29, 2025.

    4.    The Parties are currently negotiating the scope of certain document requests, in an effort to make sure all Parties have the information necessary for a meaningful mediation without expending significant and potentially unnecessary resources.

    5.    Subject to the Court's approval, the Parties have agreed to move the deadlines to complete class certification discovery and class certification briefing until after mediation, to avoid potentially unnecessary expense prior to discussing potential resolution.

    6.    Accordingly, the Parties respectfully request the Court make the following amendment to the deadlines in the Court's January 10, 2025 Scheduling Order Regarding Class Certification Motion (Dkt. 146):

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to complete discovery on class certification | Aug. 22, 2025 | Dec. 15, 2025 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | Sept. 19, 2025 | Jan. 12, 2026 |

Respectfully submitted this 29th day of July 2025.

**ENGSTROM LEE LLC**

/s/ *Mark E. Thomson*
Mark E. Thomson, MN Bar No. 0398260*
Carl F. Engstrom, MN Bar No. 0396298*
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Telephone: (612)305-8349
mthomson@engstromlee.com
cengstrom@engstromlee.com
*Appearing pro hac vice

Paul B. Derby, CA Bar No. 211352*
Hajir Ardebili, CA Bar No. 224624*
John J. O'Kane IV, CA Bar No. 268632*
**SKIERMONT DERBY LLP**
633 West Fifth Avenue, Suite 5800
Los Angeles, CA 90071
Telephone: 213-788-4500
pderby@skiermontderby.com
hardebili@skiermontderby.com
jokane@skiermontderby.com
*Appearing pro hac vice

Marie E. Casciari, WSBA No. 58223
**DEBOFSKY LAW, LTD.**
3101 Western Ave., Suite 350
Seattle, WA 98121
Telephone: (206) 333-2696
mcasciari@debofsky.com

*Counsel for Plaintiffs*

**DLA PIPER LLP (US)**

s/ *Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
anthony.todaro@us.dlapiper.com

John J. Hamill (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: 312.368.4000
john.hamill@us.dlapiper.com

Amanda L. Morgan (admitted *pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, California 90405-2933
Tel: 415.836.2500
amanda.morgan@us.dlapiper.com

Brian Benjet (admitted *pro hac vice*)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Tel: 215.656.3311
E-mail: brian.benjet@us.dlapiper.com

*Attorneys for Defendant Callan LLC*

STIPULATED MOTION AND ORDER TO EXTEND
CASE SCHEDULE - 2
No. 2:22-cv-01079-JHC

|   |   |
|---|---|
| 1 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 2 |  |
| 3 | *s/ Sarah N. Turner* |
|   | Sarah N. Turner WSBA#: 37748 |
| 4 | Michael C. Tracy, WSBA #51226 |
|   | 701 Fifth Avenue, Suite 2100 |
| 5 | Seattle, WA 98104 |
|   | Tel: (206) 695-5115 |
| 6 | sturner@grsm.com |
|   | mtracy@grsm.com |
| 7 |  |
| 8 | AND |
| 9 | **GROOM LAW GROUP, CHARTERED** |
| 10 | William J. Delany, admitted *pro hac vice* |
| 11 | David N. Levine, admitted *pro hac vice* |
|   | Shaun A. Gates, admitted *pro hac vice* |
| 12 | 1701 Pennsylvania Ave. NW |
|   | Washington, DC 20006 |
| 13 | Tel: (202) 857-0620 |
|   | Fax: (202) 659-4503 |
| 14 | wdelany@groom.com |
|   | dlevine@groom.com |
| 15 | sgates@groom.com |
| 16 |  |
| 17 | *Counsel for Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Tim O'Neill, Jimmy Osborne, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse* |

STIPULATED MOTION AND ORDER TO EXTEND CASE SCHEDULE - 3
No. 2:22-cv-01079-JHC

**ORDER**

The Court hereby grants the Parties' Stipulated Motion to Extend Case Schedule and directs the Clerk of the Court to enter a new Case Scheduling Order.

IT IS SO ORDERED on this 29th day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE