# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Terrance Johnson, Brent Yahraus, and Jacy Purkiss, individually and as the representatives of a class of similarly situated persons, and on behalf of the Carpenters of Western Washington Individual Account Pension Plan and the Carpenters Retirement Plan of Western Washington,<br><br>Plaintiffs,<br><br>v.<br><br>Carpenters of Western Washington Board of Trustees, Callan LLC, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jim Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse,<br><br>Defendants. | Case Number: 2:22-cv-01079-JHC<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT CALLAN LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

STIPULATION AND ORDER TO CONTINUE
DEFENDANT CALLAN LLC'S MOTION FOR
JUDGMENT ON THE PLEADINGS
(Case No. 2:22-cv-01079-JHC)

Plaintiffs Terrance Johnson, Brent Yahraus, and Jacy Purkiss ("Plaintiffs") and Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jimmy Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse (collectively, the "Board Defendants"), and Callan LLC ("Callan," and together with the Board Defendants, "Defendants"), by and through their undersigned counsel, stipulate to the following briefing and hearing schedule on Callan's August 15, 2025 Motion for Judgment on the Pleadings (the "Motion"), joined by the Board Defendants, which is intended to permit the Motion to be further briefed and heard after the parties' upcoming September 29, 2025 mediation.

WHEREAS, on August 15, 2025, Callan filed its Motion, having requested oral argument and sought consideration of the Motion on September 12, 2025;

WHEREAS, on August 15, 2025, the Board Defendants joined in Callan's Motion;

WHEREAS, prior to August 15, 2025, Plaintiffs and Defendants (collectively, the "Parties") had already agreed upon and scheduled a mediation to occur on Monday, September 29, 2025, in Seattle, Washington, with Gary McGowan serving as the mediator;

WHEREAS, as of August 15, 2025, Plaintiffs' co-counsel at Engstrom Lee was already preparing for a three-week trial set to commence on September 8, 2025, which trial would have made it difficult or impossible for Engstrom Lee to effectively participate in the preparation of the brief in opposition to the Motion or a hearing on September 12, 2025, especially in conjunction with already preparing a mediation brief to be provided to the mediator and Defendants on or about September 15, 2025; and

WHEREAS, given the foregoing, in addition to the possibility that the mediation is successful and further motion practice becomes unnecessary, the Parties agreed that the further briefing and hearing on the Motion would be postponed until after the September 29, 2025 mediation.

NOW, THEREFORE, the Parties respectfully request that the Court continue the briefing

STIPULATION AND ORDER TO CONTINUE
DEFENDANT CALLAN LLC'S MOTION FOR
JUDGMENT ON THE PLEADINGS
(Case No. 2:22-cv-01079-JHC) - 1

and hearing schedule on the Motion, with the opposition to the Motion due by Friday, October 24, 2025; the reply memorandum due by Friday, November 7, 2025; and the oral argument on the Motion, if any, to occur on November 21, 2025 or earlier date in November 2025, given the unavailability of the Parties' counsel on subsequent dates in 2025 given trial and vacation commitments.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD FOR THE PARTIES.

Dated: August 27, 2025

**ENGSTROM LEE LLC**

/s/Mark E. Thomson
Mark E. Thomson, MN Bar No. 0398260*
Carl F. Engstrom, MN Bar No. 0396298*
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Telephone: (612)305-8349
mthomson@engstromlee.com
cengstrom@engstromlee.com
*Appearing pro hac vice

Paul B. Derby, CA Bar No. 211352*
Hajir Ardebili, CA Bar No. 224624*
John J. O'Kane IV, CA Bar No. 268632*
**SKIERMONT DERBY LLP**
633 West Fifth Avenue, Suite 5800
Los Angeles, CA 90071
Telephone: 213-788-4500
pderby@skiermontderby.com
hardebili@skiermontderby.com
jokane@skiermontderby.com
*Appearing pro hac vice

Marie E. Casciari, WSBA No. 58223
**DEBOFSKY LAW, LTD.**
3101 Western Ave., Suite 350
Seattle, WA 98121
Telephone: (206) 333-2696
mcasciari@debofsky.com

*Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

/s/Brian Benjet
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
anthony.todaro@us.dlapiper.com

John J. Hamill (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516
john.hamill@dlapiper.com

Amanda L. Morgan (admitted *pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, California 90405-2933
Tel: 415.836.2500
Fax: 415.836.2501
amanda.morgan@dlapiper.com

Brian Benjet (admitted *pro hac vice*)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Tel: 215.656.3311
E-mail: brian.benjet@dlapiper.com

*Attorneys for Defendant Callan LLC*

**GORDON REES SCULLY MANSUKHANI, LLP**
/s/ Sarah N. Turner
Sarah N. Turner WSBA#: 37748
Michael C. Tracy, WSBA #51226
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5115
sturner@grsm.com
mtracy@grsm.com

AND

**GROOM LAW GROUP, CHARTERED**
/s/William J. Delany
William J. Delany, admitted *pro hac vice*
David N. Levine, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
wdelany@groom.com
dlevine@groom.com
sgates@groom.com

*Counsel for Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Tim O'Neill, Jimmy Osborne, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse*

STIPULATION AND ORDER TO CONTINUE
DEFENDANT CALLAN LLC'S MOTION FOR
JUDGMENT ON THE PLEADINGS
(Case No. 2:22-cv-01079-JHC) - 3

**ORDER**

Based on the foregoing stipulation of the Parties, therefore, IT IS HEREBY ORDERED THAT Plaintiffs' opposition to Defendant Callan's Motion for Judgment on the Pleadings (the "Motion") is due no later than Friday, October 24, 2025; Callan's reply memorandum in support of the Motion is due no later than Friday, November 7, 2025; and if the Court decides to hear oral argument on the Motion prior to deciding the Motion, the Court will endeavor to set that oral argument on or before Friday, November 21, 2025, given the Parties' counsel's unavailability later in 2025.

The Court DIRECTS the Clerk to renote the motion for judgment on the pleadings at Dkt. # 158 for November 7, 2025.

IT IS SO ORDERED.

DATED this 27th day of August, 2025.

_____
John H. Chun
United States District Judge