THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TERRANCE JOHNSON, et al.,

                           Plaintiffs,

      vs.

CARPENTERS OF WESTERN
WASHINGTON BOARD OF TRUSTEES,
et al.,

                        Defendants.

NO. 2:22-CV-01079-JHC

**DEFENDANTS CARPENTERS OF WESTERN WASHINGTON BOARD OF TRUSTEES, GERALD AUVIL, NOE CASTILLO, KEN ERVIN, JEFF FOUSHEE, KURT HILDEBRAND, STEVE HOFFMANN, MARTIN HOLBERG, DAN HUTCHINS, RYAN HYKE, ANDREW LEDBETTER, RON MONTOYA, TIM O'NEILL, JIM OSBORNE, DOUG PETERSON, RICK POITRAS, DANNY ROBINS, EVELYN SHAPIRO, BOB SUSEE, JEFF THORSON, DOUG TWEEDY, AND WILF WAINHOUSE'S NOTICE OF JOINDER IN CALLAN LLC'S REPLY IN FURTHER SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

The Carpenters Defendants will and hereby do join in the REPLY IN FURTHER SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS and any supporting declarations and exhibits filed by Defendant Callan LLC.

Dated: November 7, 2025

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Sarah N. Turner*
Sarah N. Turner WSBA#: 37748
Michael C. Tracy, WSBA #51226
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Email: sturner@grsm.com
Email: mtracy@grsm.com

AND

GROOM LAW GROUP, CHARTERED

*/s/ William J Delany*
William J. Delany, admitted *pro hac vice*
David N. Levine, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: wdelany@groom.com
Email: dlevine@groom.com
Email: sgates@groom.com

*Counsel for Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Tim O'Neill, Jimmy Osborne, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse*

NOTICE OF JOINDER - 1
NO. 2:22-cv-01079-JHC

**GROOM LAW GROUP, CHTD**
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 857-0620

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2025, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

DATED this 7th day of November, 2025

*/s/ Shaun A. Gates*
Shaun A. Gates

NOTICE OF JOINDER
NO. 2:22-cv-01079-JHC

**GROOM LAW GROUP, CHTD**
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 857-0620