The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Terrance Johnson, Bret Yahraus, and Jacy Purkiss, individually and as the representatives of a class of similarly situated persons, and on behalf of the Carpenters of Western Washington Individual Account Pension Plan and the Carpenters Retirement Plan of Western Washington,<br><br>          Plaintiffs,<br><br>    v.<br><br>Carpenters of Western Washington Board of Trustees, Callan LLC, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jim Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse,<br><br>          Defendants. | No. 2:22-cv-01079-JHC<br><br>**STIPULATION REGARDING CLASS CERTIFICATION**<br><br>**NOTED FOR CONSIDERATION: JANUARY 7, 2026** |

STIPULATION REGARDING
CLASS CERTIFICATION
Case No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

Plaintiffs Terrance Johnson, Brent Yahraus, and Jacy Purkiss (collectively, "Plaintiffs"), individually and on behalf of the Carpenters Individual Account Pension Plan of Western Washington and the Carpenters Retirement Plan of Western Washington (together, the "Plans") and a proposed class of participants and beneficiaries in the Plans, on the one hand, and Defendants Carpenters of Western Washington Board of Trustees, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jimmy Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro-O'Connor, Bob Susee, Jeff Thorson, Doug Tweedy, Wilf Wainhouse, and Callan LLC ("Defendants") (together with Plaintiffs, the "Parties"), on the other hand, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint (ECF No. 82) on October 28, 2022 on behalf of the Plans and a proposed class of participants and beneficiaries of the Plans;

WHEREAS, on July 29, 2025, the Court granted the Parties' Stipulated Motion to Extend the Case Schedule, Dkt. 157, setting forth the following deadlines:

| | |
|---|---|
| Deadline to complete discovery on class certification | December 15, 2025 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | January 12, 2026 |

WHEREAS, the Parties have met and conferred regarding streamlining the litigation for purposes of the efficient management of the litigation

THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1.     The following Classes shall be certified to pursue the claims set forth in the Complaint:

STIPULATION REGARDING
CLASS CERTIFICATION - 1
No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

**Carpenters Individual Account Pension Plan of Western Washington Class (the "IAP Class")**
All participants and beneficiaries of the Carpenters Individual Account Pension Plan of Western Washington at any time from August 2, 2016 to May 7, 2020, excluding the Defendants.

**Carpenters Retirement Plan of Western Washington Class (the "Retirement Plan Class")**
All participants and beneficiaries of the Carpenters Retirement Plan of Western Washington at any time from August 2, 2016 to May 7, 2020, excluding the Defendants.

2.      Each Class is numerous, as each Plan had thousands of participants during the class period.

3.      There are common issues related to the claims of each Class including *inter alia*: (1) whether Defendants discharged their duties of prudence with respect to the Plans in monitoring the 1000 Plus offered in the Plans;[1] (2) whether Defendants discharged their duties of prudence with respect to the Plans in selecting and monitoring the Equity 250 offered in the Plans; (3) whether the Plans and their participants and beneficiaries who invested in the 1000 Plus and/or Equity 250 were injured by any breaches of duty; and (4) whether the Plans and their participants and beneficiaries who invested in the 1000 Plus and/or Equity 250 are entitled to any recovery and the measure of any such recovery.

4.      Plaintiffs are typical of other Class members with respect to the claims at issue in this litigation, as they participated in the Plans and invested in the 1000 Plus and Equity 250 during the class period and were treated consistently with other members of the Classes.

5.      Plaintiffs are adequate to represent the Classes and have no known conflicts with any Class members.  In addition, Plaintiffs have retained competent and experienced counsel—Engstrom Lee LLC and Skiermont Derby LLP—on behalf of the Classes.  Neither Plaintiffs nor their counsel has any interests that might cause them to refrain from vigorously pursuing the claims in this action.  Plaintiffs and their counsel are adequate to represent the Classes.

---

[1] The Parties stipulate and agree that the selection of the 1000 Plus occurred outside the class period.

STIPULATION REGARDING                                    DLA Piper LLP (US)
CLASS CERTIFICATION - 2                              701 Fifth Avenue, Suite 6900
No. 2:22-cv-01079-JHC                          Seattle, WA  98104-7029 | Tel: 206.839.4800

6. Certification of the Classes is appropriate under Federal Rule of Civil Procedure 23(b)(1)(A) because prosecuting separate actions against Defendants would create a risk of inconsistent or varying adjudications with respect to individual Class members that would establish incompatible standards of conduct for Defendants.

7. Certification of the Class is also appropriate under Federal Rule of Civil Procedure 23(b)(1)(B) because adjudications as to individual Class members, as a practical matter, would be dispositive of the interests of the other persons not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests relating to those issues.

8. To the extent that the Court certifies the Classes under Federal Rule of Civil Procedure 23(b)(1)(A) and/or 23(b)(1)(B) (both of which are non-opt out classes), the Parties agree that notice to the Classes is unnecessary and respectfully request that the Court exercise its discretion not to order notice.

9. Plaintiffs may be appointed as representatives of the Classes.

10. Engstrom Lee LLC and Skiermont Derby LLP may be appointed as counsel for the Classes.

11. This Stipulation is without prejudice to any party's ability to seek relief under Rule 23(c)(1)(C) at any time before final judgment, based on a good-faith belief that, because of changed circumstances or new information, either Class no longer satisfies the requirements of Rule 23(a) or Rule 23(b)(1), or that by agreement of the Parties either Class definition requires modification.

12. This Stipulation also does not alter or affect any Defendant's right or ability to make any arguments or assert any defenses regarding losses, damages, or other remedies.

13. Similar stipulations regarding class certification have been approved in other ERISA cases. *See, e.g.*, *Jones v. Dish Network Corp.*, No. 1:22-cv-00167, ECF No. 130 (D. Colo. Aug. 15, 2024); *In re Biogen, Inc. ERISA Litig.*, No. 1:20-cv-11325-DJC, ECF No. 104 (D. Mass. Nov. 8, 2022); *In re MedStar ERISA Litig.*, No. 1:20-cv-01984-DLB, ECF No. 64 (D. Md. July 12, 2022); *Feinberg v. T. Rowe Price Grp.*, No. 1:17-cv-00427, ECF No. 83 (D. Md. May 17,

STIPULATION REGARDING
CLASS CERTIFICATION - 3
No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

2019); *Reetz v. Lowe's Cos., Inc.*, No. 5:18-cv-00075, ECF No. 97 (W.D.N.C. Nov. 5, 2020); *Moitoso v. FMR LLC*, No. 1:18-cv-12122, ECF No. 83 (D. Mass. May 7, 2019); *Velazquez v. Mass. Fin. Srvs. LLC*, No. 1:17-cv-11249, ECF No. 94 (D. Mass. June 25, 2019); *Pledger v. Reliance Tr. Co.*, 1:15-cv-4444, ECF No. 101 (N.D. Ga. Nov. 7, 2017).

IT IS SO STIPULATED this 7th day of January 2026.

**ENGSTROM LEE LLC**

*/s/Mark E. Thomson*
Mark E. Thomson, MN Bar No. 0398260*
Carl F. Engstrom, MN Bar No. 0396298*
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Telephone: (612)305-8349
mthomson@engstromlee.com
cengstrom@engstromlee.com
*Appearing pro hac vice

Paul B. Derby, CA Bar No. 211352*
Hajir Ardebili, CA Bar No. 224624*
John J. O'Kane IV, CA Bar No. 268632*
**SKIERMONT DERBY LLP**
633 West Fifth Avenue, Suite 5800
Los Angeles, CA 90071
Telephone: 213-788-4500
pderby@skiermontderby.com
hardebili@skiermontderby.com
jokane@skiermontderby.com
*Appearing pro hac vice

Marie E. Casciari, WSBA No. 58223
**DEBOFSKY LAW, LTD.**
3101 Western Ave., Suite 350
Seattle, WA 98121
Telephone: (206) 333-2696
mcasciari@debofsky.com

*Counsel for Plaintiffs*

**DLA PIPER LLP (US)**

*/s/Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
anthony.todaro@us.dlapiper.com

Amanda L. Morgan (admitted *pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, California 90405-2933
Tel: 415.836.2500
amanda.morgan@dlapiper.com

Brian Benjet (admitted *pro hac vice*)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Tel: 215.656.3311
E-mail: brian.benjet@dlapiper.com

*Attorneys for Defendant Callan LLC*

**GORDON REES SCULLY MANSUKHANI, LLP**
*/s/Sarah N. Turner*
Sarah N. Turner WSBA#: 37748
Michael C. Tracy, WSBA #51226
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5115
sturner@grsm.com
mtracy@grsm.com

STIPULATION REGARDING
CLASS CERTIFICATION - 4
No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

AND

**GROOM LAW GROUP,
CHARTERED**
*/s/William J. Delany*
William J. Delany, admitted *pro hac vice*
David N. Levine, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
wdelany@groom.com
dlevine@groom.com
sgates@groom.com

*Counsel for Defendants Carpenters of
Western Washington Board of Trustees,
Gerald Auvil, Noe Castillo, Ken Ervin,
Jeff Foushee, Kurt Hildebrand, Steve
Hoffmann, Martin Holberg, Dan
Hutchins, Ryan Hyke, Andrew
Ledbetter, Ron Montoya, Tim O'Neill,
Jimmy Osborne, Doug Peterson, Rick
Poitras, Danny Robins, Evelyn Shapiro-
O'Connor, Bob Susee, Jeff Thorson,
Doug Tweedy, and Wilf Wainhouse*

STIPULATION REGARDING
CLASS CERTIFICATION - 5
No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

## [PROPOSED] ORDER

The Court hereby grants the Parties' Stipulation Regarding Class Certification.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING
CLASS CERTIFICATION - 6
No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 7th day of January, 2026.

*/s/Mark E. Thomson*

STIPULATION REGARDING
CLASS CERTIFICATION - 7
No. 2:22-cv-01079-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800