THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Terrance Johnson, Brent Yahraus, and Jacy Purkiss, individually and as the representatives of a class of similarly situated persons, and on behalf of the Carpenters of Western Washington Individual Account Pension Plan and the Carpenters Retirement Plan of Western Washington,

Plaintiffs,

v.

Carpenters of Western Washington Board of Trustees, Callan LLC, Gerald Auvil, Noe Castillo, Ken Ervin, Jeff Foushee, Kurt Hildebrand, Steve Hoffmann, Martin Holberg, Dan Hutchins, Ryan Hyke, Andrew Ledbetter, Ron Montoya, Jim Osborne, Tim O'Neill, Doug Peterson, Rick Poitras, Danny Robins, Evelyn Shapiro, Bob Susee, Jeff Thorson, Doug Tweedy, and Wilf Wainhouse,

Defendants.

Case Number: 2:22-cv-01079-JHC

**JOINT NOTICE OF SETTLEMENT**

JOINT NOTICE OF SETTLEMENT
(Case No. 2:22-cv-01079-JHC)

**ENGSTROM LEE**
323 N. WASHINGTON AVE., STE. 200
MINNEAPOLIS, MN 55401
TEL: 612-305-8349

Plaintiffs Terrance Johnson, Brent Yahraus, and Jacy Purkiss ("Plaintiffs") and Defendant Callan LLC jointly notify the Court that they have reached a settlement in principle, subject to negotiation of a full and final settlement agreement and Court approval. All Defendants have now entered into a settlement with Plaintiffs. *See* Dkt. 172.

Plaintiffs anticipate filing a motion for preliminary approval of the settlement agreement on or before July 13, 2026.

Dated: May 13, 2026

**ENGSTROM LEE LLC**

/s/Mark E. Thomson
Mark E. Thomson, MN Bar No. 0398260*
Carl F. Engstrom, MN Bar No. 0396298*
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Telephone: (612)305-8349
mthomson@engstromlee.com
cengstrom@engstromlee.com
*Appearing pro hac vice

**SKIERMONT DERBY LLP**

Paul B. Derby, CA Bar No. 211352*
Hajir Ardebili, CA Bar No. 224624*
John J. O'Kane IV, CA Bar No. 268632*
633 West Fifth Avenue, Suite 5800
Los Angeles, CA 90071
Telephone: 213-788-4500
pderby@skiermontderby.com
hardebili@skiermontderby.com
jokane@skiermontderby.com
*Appearing pro hac vice

**DEBOFSKY LAW, LTD.**

Marie E. Casciari, WSBA No. 58223
3101 Western Ave., Suite 350
Seattle, WA 98121
Telephone: (206) 333-2696
mcasciari@debofsky.com

*Counsel for Plaintiffs*

**DLA PIPER LLP (US)**

/s/Anthony Todaro
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
anthony.todaro@us.dlapiper.com

John J. Hamill (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516
john.hamill@dlapiper.com

Amanda L. Morgan (admitted *pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, CA 90405
Tel: 415.836.2500
Fax: 415.836.2501
amanda.morgan@dlapiper.com

Brian Benjet (admitted *pro hac vice*)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: 215.656.3311
brian.benjet@dlapiper.com

*Attorneys for Defendant Callan LLC*

JOINT NOTICE OF SETTLEMENT
(Case No. 2:22-cv-01079-JHC) - 1

ENGSTROM LEE
323 N. WASHINGTON AVE., STE. 200
MINNEAPOLIS, MN 55401
TEL: 612-305-8349