# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

Terrance Johnson, et al.,

                    Plaintiffs,

        v.

Carpenters of Western Washington Board of Trustees, et al.,

           Defendants.

Case Number: 2:22-cv-01079-JHC

**ORDER**

ORDER
(2:22-cv-01079-JCC)

The Court hereby grants the Parties' Stipulation regarding extension to file Motion for Preliminary Approval.  Dkt. # 174.  The new deadline is August 12, 2026.

IT IS SO ORDERED on this 13th day of July, 2026.

_____
John H. Chun
United States District Judge

ORDER
(2:22-cv-01079-JCC) - 1