# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

Terrance Johnson, et al.,

                Plaintiffs,

       v.

Carpenters of Western Washington Board of Trustees, et al.,

        Defendants.

Case Number: 2:22-cv-01079-JHC

**ORDER**

ORDER
(2:22-cv-01079-JCC)

The Court hereby grants the Plaintiffs' Unopposed Motion for Leave to File Over-Length Motion for Preliminary Approval of Class Action Settlement.  Dkt. # 175.  The word limit is increased to 8,400 words.

IT IS SO ORDERED on this 13th day of July, 2026.

John H. Chun
United States District Judge

ORDER
(2:22-cv-01079-JCC) - 1