UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Terrance Johnson, et al.,

Plaintiffs,

v.

Carpenters of Western Washington Board of Trustees, et al.,

Defendants.

No. 2:22-cv-01079-JHC

**ORDER**

The Court hereby grants the Parties' Stipulation regarding extension to file Motion for Preliminary Approval. Dkt. # 178.

IT IS SO ORDERED on this 12th day of August, 2026.

John H. Chun

The Honorable John H. Chun