**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| Terrance Johnson, et al.,<br>Plaintiffs,<br>v.<br>Carpenters of Western Washington Board of Trustees, et al.,<br>Defendants. | Case Number: 2:22-cv-01079-JHC<br><br>**ORDER** |

The Court hereby grants the Parties' Stipulation regarding extension to file Motion for Preliminary Approval. Dkt. # 180.

IT IS SO ORDERED on this 11th day of September, 2026.

John H. Chun
John H. Chun
United States District Judge