**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| Terrance Johnson, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Carpenters of Western Washington Board of Trustees, et al.,<br><br>Defendants. | Case Number: 2:22-cv-01079-JHC<br><br>**ORDER** |

The Court hereby grants the Parties' Stipulated Motion to Extend the Deadline to Send Class Notice. Dkt. # 189.

IT IS SO ORDERED on this 10th day of November, 2026.

John H. Chun
United States District Judge